GORDON SILVER
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: tfell@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Shawn Kreloff

E-Filed On  6-12-09

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SONA INNOVATIONS, INC.<br><br>Debtor. | Case No.: 09-14581-MKN<br>Chapter 7<br><br><br>Date:  n/a<br>Time:  n/a |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

THOMAS H. FELL, ESQ., of the law firm of GORDON SILVER, attorneys for Shawn Kreloff ("Claimant"), hereby enters his appearance on the record in the above-entitled bankruptcy case pursuant to Bankruptcy Rule 9010(b) and Bankruptcy Rule 2002, hereby requests special notice of all hearings, applications, motions, contested matters, and adversary proceedings filed in this case, including copies of all notices, pleadings, papers, and other related materials that are issued or filed in connection with the case by the Court, Debtor, or other parties-in-interest. All responses to the foregoing, and, all notices required to be mailed to Claimant pursuant to Bankruptcy Rule 2002 should be directed to:

> THOMAS H. FELL, ESQ.
> GORDON SILVER
> 3960 Howard Hughes Parkway, 9th Fl.
> Las Vegas, Nevada  89169

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on Claimant, or (ii) constitute a waiver of any of the following rights of the Claimant:

(a)    Right to have any and all final orders in any and all non-core matters entered only

101945-002.01/711519.doc

1    after de novo review by United States District Court Judge;

2        (b)    Right to trial by jury in any proceeding as to any and all matters so triable herein,

3    whether or not the same be designated legal or private rights, or in any case, controversy or

4    proceeding relating hereto, notwithstanding the designation vel non of such matters as "core

5    proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant

6    to statute or the United States Constitution;

7        (c)    Right to have the reference of this matter withdrawn by the United States District

8    Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

9        (d)    Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to

10   which this party is entitled under any agreements or at law or in equity or under the United States

11   Constitution.

12       All of the above rights are expressly reserved and preserved unto Claimant without

13   exception and with no purpose of confessing or conceding jurisdiction in any way by this filing

14   or by any other participation in the above-captioned case and ancillary proceedings.

15       DATED this _____//_____ day of June, 2009.

16                           GORDON SILVER

17                           By: _____
18                               THOMAS H. FELL, ESQ.
19                               3960 Howard Hughes Pkwy., 9th Floor
                                 Las Vegas, Nevada 89169
                                 Attorneys for Shawn Kreloff

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101945-002.01/711519.doc

2